JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NOHO UNION LLC, et al.,<br><br>    Defendants. | Case No. CV 20-879-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

IT IS ORDERED THAT:

Plaintiff Shamar Jackson's ("Plaintiff") action against NoHo Union LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: July 8, 2020

_____
HON. GEORGE H. WU, U.S. District Judge